UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

MAHYOUB HAUTER,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNSEALING ORDER

Docket No. 17-M-353

      Upon the application of BRIDGET M. ROHDE, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Judy Philips, for an order unsealing the above-captioned matter.

      WHEREFORE, it is ordered that the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           May 26, 2017

                                        HONORABLE ROBERT M. LEVY
                                        UNITED STATES MAGISTRATE JUDGE
                                        EASTERN DISTRICT OF NEW YORK